CLARK THIEL (Nevada Bar No. 10778)
MICHAEL S. MCNAMARA (*Pro Hac Vice*)
BRANDON C. CLARK (*Pro Hac Vice*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:   415.983.1000
Facsimile:    415.983.1200
E-mail:    clark.thiel@pillsburylaw.com
            michael.mcnamara@pillsburylaw.com
            brandon.clark@pillsburylaw.com

SHEMILLY BRISCOE (Nevada Bar No. 9985)
**BRISCOE LAW GROUP**
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone:   702.754.5600
E-mail:   shemilly@briscoelawgroup.com

*Attorneys for Plaintiff Hunt/PENTA Joint Venture of Hunt Construction Group, Inc. and Penta Building Group, LLC*

SCOTT R. COOK (Nevada Bar No. 5265)
WILLIAM P. VOLK (Nevada Bar No. 6157)
E. DANIEL KIDD (Nevada Bar No. 10106)
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone:   702.362.7800
Facsimile:    702.362.9472
E-Mail:    scook@klnevada.com
            wvolk@klnevada.com
            dkidd@klnevada.com

JENA L. LEVIN (*Pro Hac Vice*)
PATRICK J. MCMAHON (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
Telephone:   312.832.4500
Facsimile:    312.832.4700
E-Mail:    jlevin@foley.com
            pmcmahon@foley.com

*Attorneys for Defendant Aon Risk Services South, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AON RISK SERVICES SOUTH, INC., and Does 1-50, inclusive,<br><br>Defendant. | Case No.: 2:16-CV-01563-JAD-NJK<br><br>Removed Case No.: A-16-736809-C<br><br>**PARTIES' JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |

### JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE

The Parties, Hunt/PENTA and Aon Risk Services South, Inc. ("Aon"), hereby jointly move this Court to reschedule the settlement conference currently scheduled to commence before

Magistrate Judge Peggy A. Leen on November 1, 2016 at 9:30 am.

The Parties request this relief because both counsel for Hunt/PENTA and Hunt/PENTA's client representative have schedule conflicts on the currently scheduled time.

Recognizing that the Court typically prefers that Parties not suggest specific dates for settlement conferences, the Parties nevertheless feel that in this instance doing so may be of some benefit to the Court. Therefore, the Parties have conferred and have determined that all necessary individuals are available on either January 18, 2017 or January 19, 2017. Should either of these dates be agreeable to the Court, the Parties respectfully request that the settlement conference be rescheduled for one of these dates. Otherwise, later dates are generally available.

Dated: October 14, 2016                           Respectfully submitted,

**BRISCOE LAW GROUP**                              **KOLESAR & LEATHAM**
**PILLSBURY WINTHROP SHAW**                        **FOLEY & LARDNER LLP**
**PITTMAN LLP**

*/s/ Briscoe*                                      */s/ Cook*

Shemilly Briscoe (Nevada Bar No. 9985)             Scott R. Cook (Nevada Bar No. 5265)
Clark Theil (Nevada Bar No. 10778)                 William P. Volk (Nevada Bar No. 6157)
Michael S. McNamara (*Pro Hac Vice*)               E. Daniel Kidd (Nevada Bar No. 10106)
Brandon C. Clark (*Pro Hac Vice*)                  Jena L. Levin (*Pro Hac Vice*)
                                                   Patrick J. McMahon (*Pro Hac Vice*)

*Counsel for Hunt/PENTA Joint Venture of Hunt Construction Group, Inc. and Penta Building Group, LLC*

*Counsel for Defendant Aon Risk Services South, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AON RISK SERVICES SOUTH, INC., and Does 1-50, inclusive,<br><br>Defendant. | Case No.: 2:16-CV-01563-JAD-NJK<br><br>Removed Case No.: A-16-736809-C |

### PROPOSED ORDER

Upon review of the Parties' Joint Motion to Reschedule their settlement conference before this Court and finding it meritorious this Court orders the settlement conference previously scheduled to commence on November 1, 2016 at 9:30 am to be rescheduled for:

✓ Wednesday, January 18, 2017 at 9:30 a.m., in Chambers, Room 3071.

The confidential settlement statements shall be due to Chambers, Room 3071, no later than 4:00 p.m. January 11, 2017. All other instructions within the original Order Setting Settlement Conference (ECF No. 26) shall remain in effect.

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

PEGGY A. LEEN

_/s/ Peggy A. Leen_

DATED October 20, 2016