| | |
|---|---|
| CLARK THIEL (Nevada Bar No. 10778)<br>MICHAEL S. MCNAMARA (*Pro Hac Vice*)<br>BRANDON C. CLARK (*Pro Hac Vice*)<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:   415.983.1000<br>Facsimile:    415.983.1200<br>E-mail: clark.thiel@pillsburylaw.com<br>          michael.mcnamara@pillsburylaw.com<br>          brandon.clark@pillsburylaw.com<br><br>SHEMILLY BRISCOE<br>(Nevada Bar No. 9985)<br>**BRISCOE LAW GROUP**<br>1060 Wigwam Parkway<br>Henderson, Nevada 89074<br>Telephone:   702.754.5600<br>E-mail:        shemilly@briscoelawgroup.com<br>*Attorneys for Plaintiff Hunt/PENTA Joint Venture of Hunt Construction Group, Inc. and Penta Building Group, LLC* | SCOTT R. COOK (Nevada Bar No. 5265)<br>WILLIAM P. VOLK (Nevada Bar No. 6157)<br>E. DANIEL KIDD (Nevada Bar No. 10106)<br>**KOLESAR & LEATHAM**<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>Telephone:   702.362.7800<br>Facsimile:    702.362.9472<br>E-Mail:        scook@klnevada.com<br>                 wvolk@klnevada.com<br>                 dkidd@klnevada.com<br><br>JENA L. LEVIN (*Pro Hac Vice*)<br>PATRICK J. MCMAHON (*Pro Hac Vice*)<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, Illinois 60654<br>Telephone:   312.832.4500<br>Facsimile:    312.832.4700<br>E-Mail:        jlevin@foley.com<br>                 pmcmahon@foley.com<br>*Attorneys for Defendant Aon Risk Services South, Inc.* |

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>AON RISK SERVICES SOUTH, INC., and Does 1-50, inclusive,<br><br>        Defendant. | Case No.: 2:16-CV-01563-JAD-NJK<br><br>Removed Case No.: A-16-736809-C |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND ANSWER TO DEFENDANT'S COUNTERCLAIM (FIRST REQUEST)**

The Parties, Hunt/PENTA and Aon Risk Services South, Inc. by and through their respective attorneys of record, hereby stipulate and agree that Hunt/Penta may have until

Monday, October 31, 2016 to provide its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Counsel for Hunt/PENTA is seeking this extension after the passage of the initial deadline due to a mistake about the original deadline, which has been exacerbated by counsel's trial schedule. Aon has already made its initial disclosures on October 10, 2016, pursuant to Fed. R. Civ. P. 26(a)(1).

It is further stipulated and agreed between the parties that Hunt/Penta may have until Monday, November 21, 2016 to respond to Aon's Counterclaim filed on October 10, 2106 (Doc. No. 30).

Dated: October 21, 2016                    Respectfully submitted,

| BRISCOE LAW GROUP | KOLESAR & LEATHAM |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | FOLEY & LARDNER LLP |

*/s/ Briscoe*                              */s/*

Shemilly Briscoe (Nevada Bar No. 9985)     Scott R. Cook (Nevada Bar No. 5265)
Clark Theil (Nevada Bar No. 10778)         William P. Volk (Nevada Bar No. 6157)
Michael S. McNamara (*Pro Hac Vice*)       E. Daniel Kidd (Nevada Bar No. 10106)
Brandon C. Clark (*Pro Hac Vice*)          Jena L. Levin (*Pro Hac Vice*)
Counsel for Hunt/PENTA Joint Venture of    Patrick J. McMahon (*Pro Hac Vice*)
Hunt Construction Group, Inc. and Penta    Counsel for Defendant Aon Risk Services South,
Building Group, LLC                        Inc.

IT IS SO ORDERED.

_____
United States Magistrate Judge
NANCY J. KOPPE
DATED: October 24, 2016

- 2 -