CLARK THIEL (Nevada Bar No. 10778)
MICHAEL S. MCNAMARA (*Pro Hac Vice*)
BRANDON C. CLARK (*Pro Hac Vice*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200
E-mail: clark.thiel@pillsburylaw.com
        michael.mcnamara@pillsburylaw.com
        brandon.clark@pillsburylaw.com

SHEMILLY BRISCOE
(Nevada Bar No. 9985)
**BRISCOE LAW GROUP**
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone:    702.754.5600
E-mail: shemilly@briscoelawgroup.com
*Attorneys for Hunt/PENTA Joint Venture of Hunt Construction Group, Inc. and Penta Building Group, LLC and Insurance Partners, Inc.*

SCOTT R. COOK (Nevada Bar No. 5265)
WILLIAM P. VOLK (Nevada Bar No. 6157)
E. DANIEL KIDD (Nevada Bar No. 10106)
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone:    702.362.7800
Facsimile:    702.362.9472
E-Mail: scook@klnevada.com
        wvolk@klnevada.com
        dkidd@klnevada.com

JENA L. LEVIN (*Pro Hac Vice*)
PATRICK J. MCMAHON (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
Telephone:    312.832.4500
Facsimile:    312.832.4700
E-Mail: jlevin@foley.com
        pmcmahon@foley.com
*Attorneys for Aon Risk Services South, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AON RISK SERVICES SOUTH, INC., and Does 1-50, inclusive, <br><br> Defendant. | Case No.: 2:16-CV-01563-JAD-NJK <br><br> Removed Case No.: A-16-736809-C <br><br> **FIRST STIPULATION TO EXTEND THIRD PARTY DEFENDANT'S TIME TO RESPOND TO THIRD PARTY COMPLAINT AND PARTIES' BRIEFS REGARDING MATTERS RAISED IN RESPONSIVE PLEADING** |

| | |
|---|---|
| 1 | AON RISK SERVICES SOUTH, INC. and Does 1-50, inclusive, |
| 2 | Counterclaimant, |
| 3 | vs. |
| 4 | HUNT/PENTA, a Joint Venture of HUNT CONSTRUCTION GROUP, INC. and PENTA BUILDING GROUP, LLC, |
| 5 | |
| 6 | Counterdefendant |
| 7 | |
| 8 | AON RISK SERVICES SOUTH, INC. |
| 9 | Third-Party Plaintiff, |
| 10 | vs. |
| 11 | INSURANCE PARTNERS, INC. |
| 12 | Third Party Defendant. |

### FIRST STIPULATION AND ORDER TO EXTEND THIRD-PARTY DEFENDANT'S TIME TO RESPOND TO THIRD-PARTY COMPLAINT AND PARTIES' BRIEFS REGARDING MATTERS RAISED IN RESPONSIVE PLEADING

The Parties, Hunt/PENTA, Insurance Partners, Inc. ("IPI") and Aon Risk Services South, Inc. ("Aon") by and through their respective attorneys of record, hereby stipulate and agree that Insurance Partners, Inc. shall have until February 3, 2017 to respond to Aon's Third Party Complaint filed on October 24, 2106 (Doc. No. 34). This is the first stipulation for extension of time to respond to Aon's Third Party Complaint.

IPI intends to move to dismiss the Third Party Complaint. In the interest of efficiency and conserving resources until after the court-ordered settlement conference on January 27, 2017, the parties further stipulate that:

1. IPI agrees to participate in the January 27, 2017 settlement conference as a party to this litigation;
2. IPI will provide Aon and Hunt/PENTA a draft copy of its proposed motion to dismiss the Third Party Complaint on or before December 2, 2016 so the

parties can be prepared to address the merits of any such motion at the settlement conference; and

3. Subject to further stipulation by the Parties and order by the Court, any response and/or reply to a motion to dismiss brought by IPI pursuant to this stipulation shall be filed in accordance with the applicable rules of this Court.

Respectfully submitted.  Dated 14 day of November, 2016

**BRISCOE LAW GROUP**
**PILLSBURY WINTHROP SHAW PITTMAN LLP**

_/s/ Briscoe_

Shemilly Briscoe (Nevada Bar No. 9985)
Clark Theil (Nevada Bar No. 10778)
Michael S. McNamara (*Pro Hac Vice*)
Brandon C. Clark (*Pro Hac Vice*)
Counsel for Hunt/PENTA Joint Venture of Hunt Construction Group, Inc. and Penta Building Group, LLC and Insurance Partners, Inc.

**KOLESAR & LEATHAM**
**FOLEY & LARDNER LLP**

_/s/_

Scott R. Cook (Nevada Bar No. 5265)
William P. Volk (Nevada Bar No. 6157)
E. Daniel Kidd (Nevada Bar No. 10106)
Jena L. Levin (*Pro Hac Vice*)
Patrick J. McMahon (*Pro Hac Vice*)
Counsel for Aon Risk Services South, Inc.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED November 15, 2016