WILLIAM P. VOLK, ESQ.
Nevada Bar No. 006157
E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
KOLESAR & LEATHAM
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: wvolk@klnevada.com
dkidd@klnevada.com

*Attorneys for Defendant, Aon Risk Services South, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AON RISK SERVICES SOUTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01563-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DIMSSISS AON'S THIRD PARTY COMPLAINT**<br><br>(First Request) |
| AON RISK SERVICES SOUTH, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>INSURANCE PARTNERS, INC.<br><br>Third-Party Defendant. | **ORDER** |

Third-Party Defendant, INSURANCE PARTNERS, INC. ("Insurance Partners") and Third-Party Plaintiff, AON RISK SERVICES SOUTH, INC. ("Aon"), by and through their undersigned counsel of record, hereby stipulate to extend the deadline to the respond to Insurance Partners' Motion to Dismiss Aon's Third Party Complaint filed on February 3, 2017 as follows:

1. Insurance Partners filed a Motion to Dismiss Aon's Third Party Complaint ("Motion to Dismiss") on February 3, 2017. *See* ECF No. 49.

2. The deadline to respond to the Motion to Dismiss is currently set for February 17, 2017.

3. A hearing regarding the Motion to Dismiss is scheduled for April 17, 2017. *See* ECF No. 50.

4. Due to upcoming deadlines in other matters and other scheduling conflicts, Aon's counsel has requested a two week extension on the deadline to respond to the Motion to Dismiss. The parties' counsel hereby stipulate and agree to extend the deadline to respond to the Motion to Dismiss by two weeks to **March 3, 2017**. The parties further stipulate and agree to extend the reply deadline to **April 7, 2017**.

5. This stipulation is made in good faith pursuant to LR IA 6-1 and there is good cause for the Court to enter the extension requested.

| | |
|---|---|
| DATED: February 13, 2017 | DATED: February 13, 2017 |
| **BRISCOE LAW GROUP** | **KOLESAR & LEATHAM** |
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** | **FOLEY & LARDNER LLP** |
| *s/Shemilly Briscoe* | *s/E. Daniel Kidd* |
| Shemilly Briscoe (Nevada Bar No. 9985) | Scott R. Cook (Nevada Bar No. 5265) |
| Clark Theil (Nevada Bar No. 10778) | William P. Volk (Nevada Bar No. 6157) |
| Michael S. McNamara (*Pro Hac Vice*) | E. Daniel Kidd (Nevada Bar No. 10106) |
| Brandon C. Clark (*Pro Hac Vice*) | Jena L. Levin (*Pro Hac Vice*) |
| | Patrick J. McMahon (*Pro Hac Vice*) |
| *Counsel for Hunt/PENTA Joint Venture of Hunt Construction Group, Inc., Penta Building Group, LLC, and Third-Party Defendant Insurance Partners, Inc.* | *Counsel for Defendant Aon Risk Services South, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2017