# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUNT/PENTA, et al., | ) |
| Plaintiffs, | ) Case No. 2:16-cv-01563-JAD-NJK |
| vs. | ) ORDER |
| AON RISK SERVICES SOUTH, INC., et al., | ) |
| Defendants. | ) |

Pending before the Court is Third-Party Defendant Insurance Partners, Inc.'s ("Insurance Partners") motion for leave to supplement its opposition to Third-Party Plaintiff Aon Risk Services South, Inc.'s motion to compel. Docket No. 68. For good cause shown, Insurance Partners' motion, Docket No. 68, is hereby **GRANTED**. Third-party Plaintiff's reply to the motion to compel is due no later than April 24, 2017.

IT IS SO ORDERED.

Dated: April 20, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge