# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUNT/PENTA, | Case No. 2:16-cv-01563-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| AON RISK SERVICES SOUTH, INC., | (Docket No. 62) |
| Defendant. | |

Pending before the Court is Third-Party Plaintiff's ("Aon") motion to compel discovery responses from Third-Party Defendant Insurance Partners, Inc. ("IPI"). Docket No. 62. IPI filed a response. Docket No. 66. IPI also filed a supplement to its response with the Court's permission. Docket Nos. 68, 69. Aon filed a reply. Docket No. 70. The Court finds this motion properly resolved without oral argument. *See* Local Rule 78-1.

Aon filed its motion to compel while IPI's motion to dismiss its third-party complaint was pending. *See* Docket Nos. 49 (motion to dismiss), 62 (motion to compel). In the motion, Aon submits that IPI's objections to providing the discovery at issue rest primarily on the pendency of its motion to dismiss. *See* Docket No. 62 at 6-12. After IPI filed its response, however, United States District Judge Jennifer A. Dorsey granted IPI's motion to dismiss and therefore dismissed Aon's third-party complaint with leave to amend. Docket No. 67. IPI submits in the supplement to its response that Judge Dorsey's decision moots Aon's motion to compel. Docket No. 68 at 3. In reply, Aon submits that Judge Dorsey's resolution of IPI's motion to dismiss does not moot the

motion to compel.  Docket No. 70 at 6-7.

The Court agrees with IPI.  Accordingly, the Court **DENIES** as moot Aon's motion to compel.  Docket No. 62.

IT IS SO ORDERED.

DATED: May 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge