| | |
|---|---|
| CLARK THIEL (Nevada Bar No. 10778)<br>MICHAEL S. MCNAMARA (*Pro Hac Vice*)<br>BRANDON C. CLARK (*Pro Hac Vice*)<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone: 415.983.1000<br>Facsimile: 415.983.1200<br>E-mail: clark.thiel@pillsburylaw.com<br>       michael.mcnamara@pillsburylaw.com<br>       brandon.clark@pillsburylaw.com<br><br>SHEMILLY BRISCOE<br>Nevada Bar No. 9985<br>**BRISCOE LAW GROUP**<br>1060 Wigwam Parkway<br>Henderson, Nevada 89074<br>Telephone: 702.754.5600<br>E-mail: shemilly@briscoelawgroup.com<br><br>JOSE M. PIENKNAGURA (*Pro Hac Vice*)<br>**HUNT CONSTRUCTION GROUP, INC.**<br>7720 N. 16th Street, Ste 100<br>Phoenix, AZ 85020<br>Telephone: 480.368.4700<br>E-mail: jose.pienknagura@aecom.com<br><br>*Counsel for Hunt/PENTA and Insurance Partners, Inc.* | SCOTT R. COOK (Nevada Bar No. 5265)<br>WILLIAM P. VOLK (Nevada Bar No. 6157)<br>E. DANIEL KIDD (Nevada Bar No. 10106)<br>**KOLESAR & LEATHAM**<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>Telephone: 702.362.7800<br>Facsímile: 702.362.9472<br>E-Mail: scook@klnevada.com<br>       wvolk@klnevada.com<br>       dkidd@klnevada.com<br><br>JENA L. LEVIN (*Pro Hac Vice*)<br>PATRICK J. MCMAHON (*Pro Hac Vice*)<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, Illinois 60654<br>Telephone: 312.832.4500<br>Facsimile: 312.832.4700<br>E-Mail: jlevin@foley.com<br>       pmcmahon@foley.com<br><br>*Counsel for Aon Risk Services South, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES SOUTH, INC., and Does 1-50, inclusive,<br><br>       Defendants.<br>_____<br>AND RELATED MATTERS. | Case No.: 2-16-cv-01563-JAD-NJK<br><br>Removed Case No.: A-16-736809-C<br><br>**STIPULATION AND ORDER EXTEND DISCOVERY DEADLINES**<br>**(Second Request)** |

IT IS HEREBY STIUPLATED AND AGREED between the parties that some of the

discovery dates be continued by adding approximately 30 days to the discovery schedule. The stipulation would change the close of discovery from August 28, 2017 to September 27, 2017. The primary purpose of this extension is to allow an additional 30 days to conduct additional depositions and review recently produced voluminous records.

## I. <u>Legal Authority</u>

After the court has set a scheduling order, it may be changed upon a showing of good cause. LR 26-4. Good cause is shown for the discovery extension based upon the Parties' discovery progress, including extensive efforts at setting a workable deposition schedule in different states. *Id.*; *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.3d 604, 608-09 (9th Cir. 1992). The good cause inquiry focuses primarily on the movant's diligence. *See Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294-95 (9th Cir. 2000). Good cause to extend a discovery deadline exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609. The Court has broad discretion in supervising the pretrial phase of litigation. *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002).

## II. <u>Proposed Schedule</u>

| Activity | Prior Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | August 28, 2017 | September 27, 2017 |
| Dispositive Motions | September 27, 2017 | September 27, 2017 |
| Joint Pre-Trial Order | October 27, 2017 | October 27, 2017 |

The Parties entered into this Stipulation in an effort to complete discovery. Good cause is shown for the discovery extension based upon the Parties' discovery progress, including extensive efforts at setting a workable deposition schedule in different states to accommodate many conflicting calendars that must be reconciled to get additional deposition testimony. To the extent that this request is untimely, excusable neglect is shown by the Parties' diligence in resolving their discovery issues and disagreements without contested motion practice. No prejudice is done to any party because the Parties agree to this discovery extension. The parties

are not delaying the conclusion of this matter by the way of trial or otherwise; rather, the Parties are trying to garner all the necessary information and evidence needed to litigate this matter. No trial date has yet been ordered.

Dated: August 23, 2017.                                      Respectfully submitted,

| **BRISCOE LAW GROUP** | **KOLESAR & LEATHAM** |
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** | **FOLEY & LARDNER LLP** |
| **HUNT CONSTRUCTION, INC.** | |

  /s/ Shemilly A. Briscoe                                       /s/ Jena L. Levin
Shemilly Briscoe (Nevada Bar No. 9985)     Scott R. Cook (Nevada Bar No. 5265)
Clark Thiel (Nevada Bar No. 10778)              William P. Volk (Nevada Bar No. 6157)
Michael S. McNamara (*Pro Hac Vice*)       E. Daniel Kidd (Nevada Bar No. 10106)
Brandon C. Clark (*Pro Hac Vice*)                Jena L. Levin (*Pro Hac Vice*)
Jose Pienknagura (*Pro Hac Vice*)               Patrick J. McMahon (*Pro Hac Vice*)

*Counsel for Hunt/PENTA and Insurance Partners, Inc.*        *Counsel for Aon Risk Services South, Inc.*

   **DENIED** as moot.

   IT IS SO ORDERED.

   Dated: August 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge