WILLIAM P. VOLK, ESQ.
Nevada Bar No. 006157
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
KOLESAR & LEATHAM
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: wvolk@klnevada.com
ewalther@klnevada.com

and

JENA L. LEVIN, ESQ. (*Pro Hac Vice*)
PATRICK MCMAHON, ESQ. (*Pro Hac Vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
E-Mail: jlevin@foley.com
pmcmahon@foley.com

*Attorneys for Aon Risk Services South, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AON RISK SERVICES SOUTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01563-JAD-NJK<br><br>**MOTION TO REMOVE ATTORNEY OF RECORD FROM SERVICE LIST** |

2952377 (7500-8)  Page 1

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

| | |
|---|---|
| AON RISK SERVICES SOUTH, INC., and Does 1-50, inclusive,<br><br>    Counterclaimant,<br><br>vs.<br><br>HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTIKON GROU, INC., and PENTA BUILDING GROUP, LLC,<br><br>    Counterdefendant.<br><br>AON RISK SERVICES SOUTH, INC.<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>INSURANCE PARTNERS, INC.<br><br>    Third-Party Defendant. | **MOTION TO REMOVE ATTORNEY OF RECORD FROM SERVICE LIST** |

COMES NOW, William P. Volk, Esq. of the law firm of Kolesar & Leatham, moves this Honorable Court for an Order removing E. Daniel Kidd, Esq., from the service list of counsel in this matter. E. Daniel Kidd, Esq., is no longer employed with Kolesar & Leatham and has no legal interest in this matter.

DATED this 14th day of August, 2018.

    KOLESAR & LEATHAM

    /s/ William P. Volk
    WILLIAM P. VOLK, ESQ.
    Nevada Bar No. 006157
    400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada 89145

    *Attorneys for Aon Risk Services South, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: August 15, 2018

2952377 (7500-8)    Page 2