1  CLARK THIEL (Nevada Bar No. 10778)
   MICHAEL S. MCNAMARA (*Pro Hac Vice*)
2  **PILLSBURY WINTHROP SHAW
   PITTMAN LLP**
3  Four Embarcadero Center, 22nd Floor
   San Francisco, CA 94111-5998
4  Telephone:   415.983.1000
   Facsimile:   415.983.1200
5  E-mail: clark.thiel@pillsburylaw.com
            michael.mcnamara@pillsburylaw.com
6
   SHEMILLY BRISCOE
7  Nevada Bar No. 9985
   **BRISCOE LAW GROUP**
8  1060 Wigwam Parkway
   Henderson, Nevada 89074
9  Telephone:   702.754.5600
   E-mail:  shemilly@briscoelawgroup.com
10
   JOSE M. PIENKNAGURA *(Pro Hac Vice)*
11 **HUNT CONSTRUCTION GROUP, INC.**
   7720 N. 16th Street, Ste 100
12 Phoenix, AZ  85020
   Telephone:   480.368.4700
13 E-mail:  jose.pienknagura@aecom.com

14 *Counsel for Hunt/PENTA and Insurance
   Partners, Inc.*

15                **UNITED STATES DISTRICT COURT**

16                       **DISTRICT OF NEVADA**

17
   HUNT/PENTA, a Joint-Venture of HUNT
18 CONSTRUCTION GROUP, INC., and PENTA      Case No.: 2-16-cv-01563-JAD-NJK
   BUILDING GROUP, LLC,
19                                           Removed Case No.: A-16-736809-C
20            Plaintiffs,
                                            **UNOPPOSED MOTION TO EXTEND
21 v.                                        TIME TO RESPOND TO AON'S
                                            OMNIBUS MOTION IN LIMINE**
22 AON RISK SERVICES SOUTH, INC., and
   Does 1-50, inclusive,
23
24            Defendants.

25 AND RELATED MATTERS.

26       Plaintiffs HUNT/PENTA ("Plaintiffs") respectfully submit this Unopposed Motion to

27 Extend Time to Respond to Defendant Aon's ("Defendant") Omnibus Motion in Limine filed on

28 August 13, 2018 [Doc. No. 87].  Defendant has consented to an extension to and including

August 30, 2018, but will not agree to any further extension.

## BACKGROUND

Discovery is complete. As documented in Aon's Omnibus Motion in Limine ("Motion"), counsel attempted to stipulate and agree to issues, but those negotiations did not end in an agreement. Lead counsel's international travel obligations have made him unavailable. As a result, lead counsel has not had adequate time to review the matter, advise the clients and prepare a responsive pleading.

## REASONS FOR GRANTING THE REQUESTED EXTENSION

On August 13, 2018, Defendant filed its Motion. This Unopposed Motion moves the Court to grant a motion to extend the time in which to file a responsive pleading for good cause. *See* Fed. R. Civ. P 6(b)(1).

The Plaintiffs' lead counsel needs adequate time to review the matter, advise the clients and respond, but counsel is out of the country until August 27, 2018 in Africa. The parties had previously agreed to stipulate, but that did not come to fruition despite efforts. Therefore, Plaintiffs requested additional time to respond and Defendant agreed they would not oppose an extension until August 30, 2018. Accordingly, the Plaintiffs respectfully request an extension to respond to Defendant's Motion.

Pursuant to Local Rule 16-3, lead counsel verbally discussed the requested extension with Defendant's counsel. As the Motion outlines, a good amount of diligence was put towards resolving issues without filing additional motions. The parties are willing to agree to an extension until August 30, 2018, but would not agree to any additional time. Failing to grant an extension would leave lead counsel with insufficient time to review the matter, consult with the clients and prepare a responsive pleading or motion. Further, this short extension will not prejudice Defendant.

WHEREFORE, the Plaintiffs respectively request that the Court grant its Unopposed Motion for an extension of time up to and including August 30, 2018 to file a responsive pleading to Defendant's Motion. A proposed Order providing for this extension is submitted

with this Motion.

Dated: *Aug. 15, 2018*

Respectfully submitted,

**BRISCOE LAW GROUP**
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
**HUNT CONSTRUCTION, INC.**

*ABriscoe*

Shemilly Briscoe (Nevada Bar No. 9985)
Clark Thiel (Nevada Bar No. 10778)
Michael S. McNamara (*Pro Hac Vice*)
Jose Pienknagura (*Pro Hac Vice*)

*Counsel for Plaintiff*

- 3 -

1   CLARK THIEL (Nevada Bar No. 10778)
    MICHAEL S. MCNAMARA (*Pro Hac Vice*)
2   **PILLSBURY WINTHROP SHAW**
    **PITTMAN LLP**
3   Four Embarcadero Center, 22nd Floor
    San Francisco, CA 94111-5998
4   Telephone:    415.983.1000
    Facsimile:    415.983.1200
5   E-mail: clark.thiel@pillsburylaw.com
              michael.mcnamara@pillsburylaw.com
6
    SHEMILLY BRISCOE
7   Nevada Bar No. 9985
    **BRISCOE LAW GROUP**
8   1060 Wigwam Parkway
    Henderson, Nevada 89074
9   Telephone:    702.754.5600
    E-mail: shemilly@briscoelawgroup.com
10
    JOSE M. PIENKNAGURA (*Pro Hac Vice*)
11  **HUNT CONSTRUCTION GROUP, INC.**
    7720 N. 16th Street, Ste 100
12  Phoenix, AZ 85020
    Telephone:    480.368.4700
13  E-mail: jose.pienknagura@aecom.com

14  *Counsel for Hunt/PENTA and Insurance*
    *Partners, Inc.*
15                  **UNITED STATES DISTRICT COURT**

16                       **DISTRICT OF NEVADA**

17
    HUNT/PENTA, a Joint-Venture of HUNT
18  CONSTRUCTION GROUP, INC., and PENTA        Case No.: 2-16-cv-01563-JAD-NJK
    BUILDING GROUP, LLC,
19                                             Removed Case No.: A-16-736809-C
20                  Plaintiffs,
                                                          **ORDER**
21  v.

22  AON RISK SERVICES SOUTH, INC., and
    Does 1-50, inclusive,
23
24                  Defendants.

25  AND RELATED MATTERS.

26          Upon consideration of the Unopposed Motion to Extend Time to Respond to Defendant

27  Aon's Omnibus Motion in Limine, it is hereby:

28          ORDERED that the Plaintiffs' Unopposed Motion to Extend Time to Respond to

Defendant Aon's Omnibus Motion in Limine is hereby granted; and it is further

ORDERED that the Plaintiffs have until August 30, 2018 to file a responsive pleading to Defendant Aon's Omnibus Motion in Limine.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2018
       _____