SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
WILLIAM P. VOLK, ESQ.
Nevada Bar No. 006157
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  scook@klnevada.com
  wvolk@klnevada.com

and

JEFFREY A. SOBLE, ESQ. (*Pro Hac Vice*)
JENA L. LEVIN, ESQ. (*Pro Hac Vice*)
PATRICK MCMAHON, ESQ. (*Pro Hac Vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
E-Mail:  jsoble@foley.com
  jlevin@foley.com
  pmcmahon@foley.com

*Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff, AON Risk Services South, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AON RISK SERVICES SOUTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01563-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 126 |

4844-8236-1719.2

| | |
|---|---|
| AON RISK SERVICES SOUTH, INC. and Does 1-50, inclusive, | |
| Counterclaimant, | |
| vs. | |
| HUNT/PENTA, a Joint-Venture of HUNT CONSTRUCTION GROUP, INC., and PENTA BUILDING GROUP, LLC, | |
| Counterdefendant. | |
| AON RISK SERVICES SOUTH, INC. | |
| Third-Party Plaintiff, | |
| vs. | |
| INSURANCE PARTNERS, INC. | |
| Third-Party Defendant. | |

Upon consideration of AON RISK SERVICES SOUTH, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO HUNT/PENTA'S RESPONSE IN OPPOSITION TO AON'S FRCP 52(c) MOTION FOR JUDGMENT ON PARTIAL FINDINGS, it is hereby ORDERED:

Aon's Unopposed Motion to Extend Time to Reply to Hunt/PENTA's Response In Opposition To Aon's FRCP 52(c) Motion For Judgment On Partial Findings is hereby granted. Aon has until October 16, 2018 to file its Reply to Hunt/PENTA's Response.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 10/9/2018

Page 2 of 2

4844-8236-1719.2